UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT DELLATORRE

    Plaintiff,

v.

CIGNA LIFE INSURANCE
COMPANY OF NEW YORK

    Defendants.

Case No. 3:18-cv-00860-VLB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned, that, no party being an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, that this action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice and without costs to either party.

_____
Edmund Q. Collier, Esq.
Edmond Q. Collier, Trial Lawyer, L.L.C.
74 Cherry Street
Milford, Connecticut 06460

*Attorneys for Plaintiff*
*ROBERT DELLATORRE*

Dated: 2/22/18

_____
Gregory J. Bennici, Esq.
Robinson & Cole LLP
1055 Washington Boulevard
Stamford, Connecticut 06901

*Attorneys for Defendant*
*CIGNA LIFE INSURANCE COMPANY OF NEW YORK*

Dated: July 16, 2018

18222182-v1

## CERTIFICATION

I hereby certify that on July 16, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Edmund Q. Collier*
Edmund Q. Collier